# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158265-7(80)

STATE FARM FIRE AND CASUALTY
COMPANY,

       Plaintiff-Appellee,

v

DETROIT EDISON CO., also known as
DTE ELECTRIC COMPANY,

       Defendant-Appellant.

_____

SC: 158265, 158266
COA: 332454, 333281
Sanilac CC: 14-035646-NZ

JANE BOTT, Individually, and the ESTATE OF
WILLIAM BOTT,

       Plaintiffs-Appellees,

v

DETROIT EDISON CO., also known as
DTE ELECTRIC COMPANY,

       Defendant-Appellant.

_____/

SC: 158267
COA: 333287
Sanilac CC: 14-035706-NF

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply submitted on November 29, 2018, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2018



Clerk